**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



TIME ___9:27 a.m.___

AUG 27 2024

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | |
| v. | **JUDGE** |
| **GARRETT NORVELL,** | |
| | **INFORMATION** |
| **Defendant.** | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| | **FORFEITURE ALLEGATION** |

2:24-cr-124
Judge Graham

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
(Possession of Child Pornography)

1.      On or about February 17, 2022, in the Southern District of Ohio, the defendant,
**GARRETT NORVELL**, knowingly possessed matter, that is, a digital media device that
contained one or more visual depictions, the production of such visual depictions having
involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18
U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual
depictions were mailed, shipped or transported using any means or facility of interstate or
foreign commerce.

**All in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).**

<u>**FORFEITURE ALLEGATION**</u>

2.      The allegations contained in Count One of this Information are realleged and
incorporated here for the purpose of alleging forfeitures to the United States of America pursuant
to 18 U.S.C. § 2253.

3.   Upon conviction of the offense alleged in Count One of this Information, the defendant, **GARRETT NORVELL**, shall forfeit to the United States:

a.   all matter containing said visual depictions of child pornography and child erotica, transported, mailed, shipped, and possessed in violation of 18 U.S.C. § 2252; and,

b.   all property used and intended to be used to commit and to promote the commission of such violation, including, but not limited to the following:

- One MacBook Pro A1990, bearing Serial Number C02X20RMJOH6, including its contents;
- One iPad Pro A2228, bearing Serial Number DLXTT1C3HPJ4, including its contents;
- One Kingston 16 GB DTSE9 thumb drive, bearing Serial Number FE4C6CD0049, including its contents; and
- One iPhone XS Max, bearing Serial Number CR6CL0UVKPHG, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. §§ 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

**EMILY CZERNIEJEWSKI (IL 6308829)**
**HEATHER A. HILL (0100920)**
Assistant United States Attorneys

2